PROB 12C
(6/16)

Report Date: February 27, 2018

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Naomi N. Warren     Case Number: 0980 2:17CR00017-TOR-1

Address of Offender:     Inchelium, Washington

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: May 30, 2017

Original Offense:     Embezzlement and Theft from Indian Tribal Organizations, 18 U.S.C. § 4

Original Sentence:    Prison - 5 months        Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Patrick J. Cashman       Date Supervision Commenced: November 16, 2017

Defense Attorney:     William Miles Pope       Date Supervision Expires: November 15, 2020

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/19/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On November 20, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged she understood her obligation to the Court.

On or about February 13, 2018, Ms. Warren violated her terms of supervised release by consuming marijuana.

On February 22, 2018, Ms. Warren reported to the U.S. Probation Office and submitted to a urinalysis test that tested presumptive positive for marijuana. Ms. Warren subsequently admitted to the undersigned ,and via a signed document, that she last smoked marijuana on February 13, 2018.

Prob12C
**Re: Warren, Naomi N.**
**February 27, 2018**
**Page 2**

      6      **Special Condition # 8**: You must not enter into or remain in any establishment (bar or tavern) where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

            **Supporting Evidence**: On November 20, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged she understood her obligation to the Court.

            Ms. Warren violated her terms of supervised release by failing to abstain from alcohol.

            On February 22, 2018, Ms. Warren reported to the U.S. Probation Office and admitted to the undersigned, and via a written document, that she had consumed alcoholic beverages on multiple occasions since her term of supervised released commenced, with the last time consuming alcohol being February 13, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/19/2018, and that the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/27/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[X]  Other: The revocation hearing scheduled for March 22, 2018, remains set.

Signature of Judicial Officer

February 27, 2018
Date