PROB 12C
(6/16)

Report Date:  March 5, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Naomi N. Warren                  Case Number: 0980 2:17CR00017-TOR-1

Address of Offender:                  Inchelium, Washington 99138

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: May 30, 2017

Original Offense:        Embezzlement and Theft from Indian Tribal Organizations, 18 U.S.C. § 4

Original Sentence:      Prison - 5 months            Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Patrick J. Cashman          Date Supervision Commenced: November 16, 2017

Defense Attorney:       Federal Public Defender     Date Supervision Expires: November 15, 2020

---

### PETITIONING THE COURT

To issue a **summons** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/19/2018, and 02/27/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 7 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: On November 20, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged she understood her obligation to the Court.

Ms. Warren violated her terms of supervised release by consuming marijuana on March 1, 2018.

On March 2, 2018, Ms. Warren reported to the U.S. Probation Office as instructed. It was at this time Ms. Warren admitted to the undersigned and via a written document that she consumed marijuana on March 1, 2018.

**Prob12C**
**Re: Warren, Naomi N**
**March 5, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/19/2018, and 02/27/2018, and that the Court issue a **summons** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/05/2018

                 s/Jonathan C. Bot

                 Jonathan C. Bot
                 U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]    Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

                 Thomas O. Rice
                 Signature of Judicial Officer

                 March 6, 2018
                 Date